JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EARL DAVID WORDEN,

              Plaintiff,

     v.

KRISTA HEMMING, FELIPE HEMMING, THE HEMMING FIRM, LLC, THERESA RICHARD,

              Defendants.

Case No. CV 21-1400 PA (JCx)

JUDGMENT OF DISMISSAL

    In accordance with the Court's January 21, 2022 Minute Order dismissing this action for failure to timely serve under F. R. Civ. P. 4(m) and for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: January 21, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE